[No. 22409-1-III.   Division Three.   August 31, 2004.]

ROBERT A. OGDON, *Appellant*, v. BYRON NELSON COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-02413-1, Robert N. Hackett, Jr., J., entered September 12, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22492-9-III.   Division Three.   August 31, 2004.]

RICHARD J. HAMMER, *Respondent*, v. MARGARET A. SAILAND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-06044-1, Kathleen M. O'Connor, J., entered October 24, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 21428-1-III.   Division Three.   September 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO A. REED, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-1-00479-5, Lesley A. Allan, J., entered August 21, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 22189-0-III.   Division Three.   September 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY ALLEN DEATON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00496-1, Tari S. Eitzen, J., entered June 19, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.